**Albert MORROW v. H. B. SCOTT GIN CO.**

8 Div. 512.

Court of Appeals of Alabama.
April 5, 1932.

H. H. Hamilton, of Russellville, for appellant.

J. Foy Guin, of Russellville, for appellee.

SAMFORD, J.
This is an appeal from a judgment denying a motion for a new trial. The judgment was by default. Defendant filed motion to set aside the judgment. The motion was denied and defendant appeals. Motion is here made

to dismiss the appeal, which is granted on authority of Ex parte Gay, etc., 213 Ala. 5, 104 So. 898; Johnson v. Nat. Union Fire Ins. Co., 23 Ala. App. 254, 123 So. 278.

Appeal dismissed.